| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:99CR00043-005 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:06-CR-215-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Taunzelle Lewis 522 East 9th Street Erie, PA 16503 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Sean J. McLaughlin United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 1/16/2004 | TO 1/15/2009 |

| OFFENSE |
|---|
| Possess With Intent to Distribute Less Than 5 Grams of Cocaine Base |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District Of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_April 27, 2006_  
Date

Sean J. McLaughlin  
*Digitally signed by Sean J. McLaughlin*  
*DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge*  
*Date: 2006.04.27 15:37:27 -04'00'*

Sean J. McLaughlin  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/4/06  
*Effective Date*

Jan E. DuBois  
*United States District Judge*